IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| INDIAN INMATES OF THE NEBRASKA PENITENTIARY, and RICHARD THOMAS WALKER, | ) ) ) ) | |
| Plaintiffs, | ) ) | 4:72CV156 |
| v. | ) ) | ORDER SETTING RESPONSE DATE TO MOTION FOR CONTEMPT OR BREACH OF SETTLEMENT AGREEMENT |
| CHARLES L. WOLFF JR., LES AUMAN, LYNN WRIGHT, TERESA PREDMORE, MICHAEL KENNEY, and HAROLD W. CLARKE, | ) ) ) ) ) | |
| Defendants. | ) ) | |

    IT IS ORDERED the defendants shall have until September 12, 2012, to respond to the Motion for Contempt or Breach of Settlement Agreement, ECF No. 287.

    Dated August 28, 2012.

                            BY THE COURT

                            */s/ Warren K. Urbom*

                            Warren K. Urbom
                            United States Senior District Judge