IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| INDIAN INMATES OF THE NEBRASKA PENITENTIARY, and RICHARD THOMAS WALKER, | ) ) ) ) | |
| Plaintiffs, | ) ) | 4:72CV156 |
| v. | ) ) | |
| CHARLES L. WOLFF JR., LES AUMAN, LYNN WRIGHT, TERESA PREDMORE, MICHAEL KENNEY, and HAROLD W. CLARKE, | ) ) ) ) ) | ORDER ON EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER |
| Defendants. | ) ) | |

    Following a telephone conference today with counsel and Michael Joseph Sims, I conclude that there has not been an adequate showing of irreparable harm to the Native Americans and the request for a Temporary Restraining Order is denied.

    Dated September 21, 2012.

                        BY THE COURT

                        *[signature: Warren K. Urbom]*

                        Warren K. Urbom
                        United States Senior District Judge