IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| INDIAN INMATES OF THE NEBRASKA PENITENTIARY, RICHARD THOMAS WALKER,<br><br>             Plaintiffs,<br><br>  vs.<br><br>CHARLES L. WOLFF JR., LES AUMAN, LYNN WRIGHT, TERESA PREDMORE, MICHAEL KENNEY, HAROLD W. CLARKE,<br><br>             Defendants. | 4:72CV156<br><br>ORDER ON MOTION TO EXTEND RESPONSE DUE DATE |

    IT IS ORDERED that the Motion to Extend Response Due Date, ECF No. 307, is granted and the plaintiffs shall have on or before December 14, 2012, in which to file a response.

    Dated December 3, 2012.

                                                           BY THE COURT

                                                           _____

                                                           Warren K. Urbom
                                                           United States Senior District Judge