IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| INDIAN INMATES OF THE NEBRASKA PENITENTIARY, RICHARD THOMAS WALKER,<br><br>              Plaintiffs,<br><br>  vs.<br><br>CHARLES L. WOLFF JR., LES AUMAN, LYNN WRIGHT, TERESA PREDMORE, MICHAEL KENNEY, HAROLD W. CLARKE,<br><br>              Defendants. | **4:72CV156**<br><br>ORDER ON MOTION TO EXTEND RESPONSE DUE DATE |

      IT IS ORDERED that the Motion to Extend Response Due Date, ECF No. 307, is granted and the plaintiffs shall have on or before December 14, 2012, in which to file a response.

      Dated December 3, 2012.

BY THE COURT

_/s/ Warren K. Urbom_____

Warren K. Urbom
United States Senior District Judge